561 A.2d 503

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**Maurice Whiteford BALDWIN.**

**Misc. (Subtitle BV) No. 28, Sept. Term, 1985.**

Court of Appeals of Maryland.

July 28, 1989.

## ORDER

This matter came before the Court on the joint Petition of the Attorney Grievance Commission of Maryland and Respondent to place Respondent on indefinite suspension.

It is this 28th day of July, 1989,

ORDERED, that Respondent, Maurice Whiteford Baldwin, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland, effective immediately.